1  WRIGHT, FINLAY & ZAK, LLP
2  Matthew S. Carter, Esq.
   Nevada Bar No. 9524
3  Lindsay D. Robbins, Esq.
   Nevada Bar No. 13474
4  7785 W. Sahara Ave., Suite 200
   Las Vegas, NV 89117
5  (702) 475-7964; Fax: (702) 946-1345
6  lrobbins@wrightlegal.net
   *Attorney for Plaintiff HSBC Bank USA, National Association, as Trustee for GSAA Home Equity*
7  *Trust 2005-6, Asset-Backed Certificates Series 2005-6*

8               **UNITED STATES DISTRICT COURT**

9                      **DISTRICT OF NEVADA**

10

11 | HSBC BANK USA, NATIONAL | Case No.: 2:19-cv-00228-APG-NJK
   | ASSOCIATION, AS TRUSTEE FOR GSAA |
12 | HOME EQUITY TRUST 2005-6, ASSET- | **STIPULATION AND ORDER TO**
   | BACKED CERTIFICATES SERIES 2005-6, | **EXTEND TIME TO RESPOND TO**
13 | | **DEFENDANTS' MOTION TO STAY**
   |                    Plaintiff, | **[ECF No. 29]**
14 | vs. |
15 | | **[First Request]**
   | FIDELITY NATIONAL TITLE INSURANCE |
16 | COMPANY and CHICAGO TITLE |
   | INSURANCE COMPANY, |
17 | |
18 |                    Defendant. |

19

20         Plaintiff HSBC Bank USA, National Association, as Trustee for GSAA Home Equity

21 Trust 2005-6, Asset-Backed Certificates Series 2005-6 (hereinafter "HSBC Bank") and

22 Defendants Fidelity National Title Insurance Company ("Fidelity") and Chicago Title Insurance

23 Company ("Chicago Title") (collectively "Defendants") (HSBC Bank and Defendants are

24 collectively, the "Parties"), by and through their counsel of record, hereby agree and stipulate as

25 follows.

26

27     1.  On November 18, 2019, Defendants filed a Motion to Stay [ECF No. 29];

28     2.  HSBC Bank's response to Defendants' Motion to Stay is due December 2, 2019;

3. HSBC Bank's counsel is requesting an additional eleven (11) days to file its response to Defendants' Motion to Stay, and thus requests up to December 13, 2019, to file its Opposition;

4. This extension is requested to allow Counsel for HSBC Bank additional time to review and respond to the points and authorities cited to in Defendants' Motion to Stay.

5. Counsel for Defendants does not oppose the extension;

6. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 26th day of November, 2019.

**WRIGHT, FINLAY & ZAK, LLP**

*/s/ Lindsay D. Robbins*
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff, HSBC Bank USA, National Association, as Trustee for GSAA Home Equity Trust 2005-6, Asset-Backed Certificates Series 2005-6*

DATED this 26th day of November, 2019.

**EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP**

*/s/ Kevin S. Sinclair*
Kevin S. Sinclair, Esq.
Nevada Bar No. 12277
Sophia S. Lau, Esq.,
Nevada Bar No. 13365
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
*Attorneys for Specially Appearing Defendant Fidelity National Title Insurance Company and Defendant Chicago Title Insurance Company*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: November 26, 2019.