# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION,<br><br>    Plaintiff<br><br>v.<br><br>FIDELITY NATIONAL INSURANCE COMPANY and CHICAGO TITLE INSURANCE COMPANY,<br><br>    Defendants | Case No.: 2:19-cv-00228-APG-NJK<br><br>**Order Granting Motion to Stay Case and Denying Without Prejudice Pending Motions to Dismiss**<br><br>[ECF Nos. 8, 9, 29] |

I ORDER that the defendants' motion to stay case **(ECF No. 29) is GRANTED**. This case is **STAYED** pending resolution of the appeal in *Wells Fargo Bank, N.A. v. Fidelity National Title Ins. Co.*, Ninth Circuit Case No. 19-17332 (District Court Case No. 3:19-cv-00241-MMD-WGC).

I FURTHER ORDER that although the case is stayed, the parties shall complete production of any documents they have already agreed to produce, including those subject to the stipulated protective order. ECF No. 37.

I FURTHER ORDER that the pending motions to dismiss **(ECF Nos. 8, 9) are DENIED** without prejudice to renew once the stay is lifted.

DATED this 17th day of January, 2020.

                                            ANDREW P. GORDON
                                            UNITED STATES DISTRICT JUDGE