**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2005-6, ASSET-BACKED CERTIFICATES SERIES 2005-6, | Case No.:  2:19-cv-00228-ART-NJK |
| Plaintiff,<br> vs. | **ORDER GRANTING**<br><br>**STIPULATION  TO DISMISS CASE WITH PREJUDICE** |
| FIDELITY NATIONAL TITLE INSURANCE COMPANY and CHICAGO TITLE INSURANCE COMPANY, | |
| Defendants. | |

Plaintiff, HSBC Bank USA, National Association, as Trustee for GSAA Home Equity Trust 2005-6, Asset-Backed Certificates Series 2005-6 and Defendants, Fidelity National Title Insurance Company and Chicago Title Insurance Company (collectively referred to as the "Parties"), by and through their counsel of record, hereby  stipulate and agree as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 of 2

1    **IT IS HEREBY STIPULATED AND AGREED** that the Complaint is   dismissed

2    WITH PREJUDICE, with each party to bear its own fees and costs.

3    DATED this 29th day of August, 2023.          DATED this 29th day of August, 2023.

4    WRIGHT, FINLAY & ZAK, LLP                     SINCLAIR BRAUN LLP

5

6    */s/ Lindsay D. Dragon*_____        */s/ Kevin S. Sinclair*_____

7    Lindsay D. Dragon, Esq.                       Kevin S. Sinclair, Esq.
     Nevada Bar No. 13474                          Nevada Bar No. 12277

8    7785 W. Sahara Ave., Suite 200                16501 Ventura Blvd, Suite 400
     Las Vegas, NV 89117                           Encino, California 91436

9    *Attorney for Plaintiff, HSBC Bank USA,*      *Attorneys for Defendants, Fidelity National*

10   *National Association, as Trustee for GSAA*   *Title Insurance Company and Chicago Title*
     *Home Equity Trust 2005-6, Asset-Backed*      *Insurance Company*

11   *Certificates Series 2005-6*

12

13

14

15        **IT IS SO ORDERED.**

16        DATED: <u>August 30, 2023</u>.          _____

17                                                 Anne R. Traum
                                                   United States District Court Judge
18

19

20

21

22

23

24

25

26

27

28